IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CR-94-64-01-C |
| ) | |
| TIMOTHY SHAUN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On March 29, 2021, the Court granted Defendant's request for sentence reduction pursuant to the Fair Sentencing Act of 2010 ("FSA 2010") and the First Step Act of 2018 ("FSA2018"). The Court entered an Amended Judgment reflecting that reduction on March 30, 2021. The Amended Judgment contained a clerical error as it omitted a condition of supervision that had previously been imposed. That condition stated: "IT IS FURTHER ORDERED that the defendant shall participate in a program of drug aftercare at the direction of the probation office. The defendant shall totally abstain from the use of alcohol and/or other intoxicants both during and after completion of any treatment program." (Dkt. No. 367). An Amended Judgment has been entered to correct this omission.

As set forth more fully herein, the Court's March 30, 2021, Judgment (Dkt. No. 809) is amended to correct a clerical error omitting a condition of supervision.

**IT IS SO ORDERED** this 20<u>th</u> day of April 2021.

ROBIN J. CAUTHRON
United States District Judge